## City of Chicago, Appellee, v. John V. Garrity, Appellant.

Gen. No. 46,765.

First District, First Division.

January 9, 1956.

Released for publication February 27, 1956.

McGuire, Lane & Casey, for appellant; Martin J. McGuire, and Thomas R. Casey, Jr., of counsel; John C. Melaniphy, Acting Corporation Counsel of City of Chicago, for appellee; L. Louis Karton, Head of Appeals and Review Division, and Harry H. Pollack, Assistant Corporation Counsel, of counsel. Opinion by JUDGE BURKE. Not to be published in full.